# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CR-149-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SEAN MICHAEL MURPHY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Sentencing Memorandum" (Document No. 39) filed October 22, 2018. In accordance with the Local Rules, the Court has considered the Sentencing Memorandum, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Sentencing Memorandum" (Document No. 39) is **GRANTED**, and Defendant's "Motion For Downward Variance And Sentencing Memorandum" (Document No. 40) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: October 25, 2018

David C. Keesler
United States Magistrate Judge